*Susan Johnson* v. *Abraham Smith et al.* J. H. Lee, for complainant and others ; W. Silliman, for W. B. Howard.

Decree appealed from affirmed, without costs to either party upon the appeal ; and proceedings remitted.

*Charles Kellogg* v. *William R. Kellogg et al.* Ira Harris, for complainant ; B. R. Wood, for defendants.

Decree of the vice chancellor affirmed, with costs.

*Isaac Brown* v. *Joel Rathbone.* A. Taber and S. Beardsley, for complainant ; Ira Harris and M. T. Reylolds, for defendant.

Decree appealed from affirmed, with costs.

*Joshua Field* v. *Samuel Clark.* J. W. Gilbert, for complainant ; F. M. Haight, for defendant.

Decree appealed from affirmed, with costs.

*David Foster* v. *Thaddeus Jewett et al.* J. Ellsworth, for complainants ; D. Wright and D. Cady, for defendants.

Original decree ordered to stand reversed as to the part thereof which adjudges Thompson liable for the monies paid upon the bond and mortgage beyond the $300 and interest, and directs an account and payment thereof ; and as to the residue of the decree, so far as it affects the rights of Foster and Thompson as between themselves, with $20 to Jewett for the costs of his application to be paid by Thompson and Foster equally.

*Samuel S. Seward* v. *Daniel B. Wood et al.* T. Mc Kissock, for complainant ; I. R. Van Duzer for defendants.

Decree appealed from reversed.

*Louisa Lindsey* v. *Tiffany Hunn et al.* J. Rhoades and A. Taber, for appellant ; F. M. Haight, for respondent.

Decree of the vice chancellor affirmed with costs.

*George Crowder* v. *Ira Hopkins et al.* J. W. Gerard and A. G. Rogers, for complainant ; John Porter, for defendants.

Decree of vice chancellor affirmed with costs as to all of the respondents.

*William Vyse* v. *Thomas E. Davis.* C. Edwards, for complainant ; W. C. Noyes, for defendant. Complainant's 1st and 3d exceptions to master's report disallowed, and his 2d allowed. And the 11th exception to answer allowed. Complainant to have costs of hearing upon exceptions to report not exceeding $10 ; and to costs of exceptions to answer finally allowed.